

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2020

No. 04-19-00721-CV

Rufina Reyes **YANEZ**,
Appellant

v.

**AMERICAN GENERAL LIFE INSURANCE COMPANY**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001146D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The appellant's brief was originally due February 14, 2020. This court has granted appellant several extensions to file the appellant's brief. Our order on the appellant's last motion advised counsel that no further extensions would be granted without a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

Appellant's motion states counsel is self-quarantined after being exposed to COVID-19. Although the motion demonstrates extraordinary circumstances, the motion fails to advise the court of counsel's efforts to complete appellant's brief, and to reasonably assure the court the brief will be completed by the requested extended deadline given counsel's circumstances.

Appellant's motion also fails to contain a certificate of conference stating "the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion" and to identify "the number of previous extensions granted regarding the item in question." *See* Tex. R. App. P. 10.1(a)(5), 10.5(b)(1).

We therefore take no action on appellant's motion at this time. Instead, we **ORDER** appellant to file a supplemental or amended motion satisfying the above-mentioned requirements within 10 days of this order.

_Irene Rios_
Irene Rios, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2020.



_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court